IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBERT DALE RUSS,

     Plaintiff,             No. CIV S-11-0214 WBS GGH P

    vs.

McDONALD, Warden,

     Defendant.          <u>ORDER</u>

_____/

     Good cause shown, the Court hereby grants defendant McDonald's motion for an extension and defendant may file an initial responsive pleading by September 7, 2011.

     IT IS SO ORDERED

DATED: August 12, 2011

                                       /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE

ggh: ab
russ0214.ext

1